AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| Danny Thi | ) Case No. 5:21CR40061-001 |
| | ) |
| Defendant | ) |

*TOPEKA, KS  2022 MAR 11 AM 8:11  UNITED STATES MARSHAL RECEIVED*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Danny Thi,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Violations of conditions of pretrial release.

Date:   03/10/2022

/s/ Jeffrey S. Hokanson, Deputy Clerk
*Issuing officer's signature*

City and state:   Topeka, KS

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3-11-22, and the person was arrested on *(date)* 4.26.22
at *(city and state)* subject was arrested in AZ

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*